```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    MAX B. SHINER (Cal. Bar No. 187125)
 4  Assistant United States Attorney
    Violent & Organized Crime Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-3308
 7       Facsimile: (213) 894-3713
         E-mail:    max.shiner@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2015
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

10                  UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,         No. CR 09-92-SVW

13        Plaintiff,                  [PROPOSED] ORDER DISMISSING
                                      INDICTMENT PURSUANT TO RULE 48(a)
14        v.                          OF THE FEDERAL RULES OF CRIMINAL
                                      PROCEDURE
15  JOHNNY CASEL NORA,

16        Defendant.

17

18       The Court has read and considered the Government's Motion to

19  Dismiss Indictment in the above-referenced case, filed on January 23,

20  2015, as well as the files and records in this case.  The Court finds

21  that there is good cause to dismiss the Indictment, without

22  prejudice, in the interests of justice.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Accordingly, IT IS HEREBY ORDERED that the Indictment is hereby dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

_1/26/15_
DATE

THE HONORABLE STEPHEN V. WILSON
UNITED STATES ~~MAGISTRATE~~ District JUDGE

Presented by:


_/s/_
MAX B. SHINER
Assistant United States Attorney